IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EPSON AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-cv-12102-RWZ |
| ) | |
| GOODEE, WIMIUS, and BOMAKER, ) | |
| ) | |
| Defendant. ) | |

**CONSENTED-TO MOTION TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Epson America, Inc. ("Epson") by and through its undersigned counsel, hereby respectfully moves the Court to extend the deadline for defendant Goodee to respond to the complaint. As reasons therefore, Epson states as follows:

- Epson initiated this action on November 23, 2020 by filing a complaint against Goodee alleging false advertising under the Lanham Act. See ECF 1.

- Epson served the complaint and summons on Goodee on November 25, 2020. As a result, Goodee must answer or otherwise respond to the complaint by December 16, 2020. See ECF 5.

- Counsel for Goodee reached out to the undersigned and requested a thirty-day extension to answer or otherwise respond to the complaint so that he may investigate the claims asserted and explore a potential early settlement to the case.

- Epson agreed to this proposed extension and agreed to file this present motion with the Court.

WHEREFORE, for these reasons, Epson respectfully requests that the Court extend the deadline for defendant Goodee to answer or otherwise respond to the complaint by 30-days, up to and including January 18, 2021, and for whatever other relief the Court deems just and equitable.

| | |
|---|---|
| Boston, Massachusetts<br>Dated:  December 18, 2020 | /s/ *Morgan T. Nickerson*<br>Morgan T. Nickerson (BBO #667290)<br>morgan.nickerson@klgates.com<br>K&L Gates LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>(617) 261-3100<br>(617) 261-3175<br><br>ATTORNEY FOR PLAINTIFF EPSON AMERICA, INC. |

### CERTIFICATE OF SERVICE

I, Morgan T. Nickerson, hereby certify that this document filed through the ECF system will be sent via email to counsel for Goodee.

Dated: December 18, 2020                                       */s/ Morgan T. Nickerson*
                                                                                            Morgan T. Nickerson

308366741 v1