IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EPSON AMERICA, INC., </br></br> Plaintiff, </br></br> v. </br></br> GOODEE, WIMIUS, and BOMAKER, </br></br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 20-cv-12102-RWZ ) ) ) ) ) ) |

**CONSENTED-TO MOTION TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Epson America, Inc. ("Epson") by and through its undersigned counsel, hereby respectfully moves the Court to extend the deadline for defendant Bomaker to respond to the complaint. As reasons therefore, Epson states as follows:

• Epson initiated this action on November 23, 2020 by filing a complaint against Bomaker alleging false advertising under the Lanham Act. See ECF 1.

• On December 8, 2020, Epson filed a motion for alternative service seeking to serve the complaint and summons upon Bomaker via electronic means. That same day, the Court granted Epson's motion. See ECF 9, 10.

• Epson served the complaint and summons on Bomaker on December 8, 2020. As a result, Bomaker must answer or otherwise respond to the complaint by December 29, 2020. See ECF 14.

• Counsel for Bomaker reached out to the undersigned and requested an extension to answer or otherwise respond to the complaint so that he may investigate the claims asserted.

- Epson agreed to this proposed extension and agreed to file this present motion with the Court.

WHEREFORE, for these reasons, Epson respectfully requests that the Court extend the deadline for defendant Bomaker to answer or otherwise respond to the complaint, up to and including January 18, 2021, and for whatever other relief the Court deems just and equitable.

| | |
|---|---|
| Boston, Massachusetts<br>Dated:  December 28, 2020 | /s/ *Morgan T. Nickerson*<br>Morgan T. Nickerson (BBO #667290)<br>morgan.nickerson@klgates.com<br>K&L Gates LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>(617) 261-3100<br>(617) 261-3175<br><br>ATTORNEY FOR PLAINTIFF EPSON AMERICA, INC. |

## CERTIFICATE OF SERVICE

I, Morgan T. Nickerson, hereby certify that this document filed through the ECF system will be sent via email to counsel for Bomaker.

| | |
|---|---|
| Dated: December 28, 2020 | */s/ Morgan T. Nickerson*<br>Morgan T. Nickerson |