IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EPSON AMERICA, INC., | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 20-cv-12102-RWZ <br> ) |
| GOODEE, WIMIUS, and BOMAKER, | ) <br> ) |
| Defendant. | ) <br> ) |

**CONSENTED-TO MOTION TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Epson America, Inc. ("Epson") by and through its undersigned counsel, hereby respectfully moves the Court to extend the deadline for defendant WiMiUS to respond to the complaint. As reasons therefore, Epson states as follows:

- Epson initiated this action on November 23, 2020 by filing a complaint against WiMiUS alleging false advertising under the Lanham Act. See ECF 1.

- On December 3, 2020, Epson filed a motion for alternative service seeking to serve the complaint and summons upon WiMiUS via electronic means. That same day, the Court granted Epson's motion. See ECF 6, 7.

- Epson served the complaint and summons on WiMiUS on December 3, 2020. As a result, WiMiUS must answer or otherwise respond to the complaint by December 24, 2020. See ECF 8.

- Counsel for WiMiUS reached out to the undersigned and requested an approximate thirty-day extension to answer or otherwise respond to the complaint so that he may investigate the claims asserted.

- Epson agreed to this proposed extension and agreed to file this present motion with the Court without prejudice to WiMiUS' rights to assert any defenses, including those related to service or personal jurisdiction.

WHEREFORE, for these reasons, Epson respectfully requests that the Court extend the deadline for defendant WiMiUS to answer or otherwise respond to the complaint, up to and including January 23, 2021, and for whatever other relief the Court deems just and equitable.

| | |
|---|---|
| Boston, Massachusetts<br>Dated:  December 28, 2020 | /s/ *Morgan T. Nickerson*<br>Morgan T. Nickerson (BBO #667290)<br>morgan.nickerson@klgates.com<br>K&L Gates LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>(617) 261-3100<br>(617) 261-3175<br><br>ATTORNEY FOR PLAINTIFF EPSON AMERICA, INC. |

### CERTIFICATE OF SERVICE

I, Morgan T. Nickerson, hereby certify that this document filed through the ECF system will be sent via email to counsel for WiMiUS.

Dated: December 28, 2020                                    */s/ Morgan T. Nickerson*
                                                                                  Morgan T. Nickerson

308543168 v1