IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EPSON AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-cv-12102-RWZ |
| ) | |
| GOODEE, WIMIUS, and BOMAKER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENTED-TO MOTION TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT**

Plaintiff Epson America, Inc. ("Epson") by and through its undersigned counsel, hereby respectfully moves the Court to extend the deadline for defendants Bomaker and Goodee to respond to the complaint. As reasons therefore, Epson states as follows:

- Epson initiated this action on November 23, 2020 by filing a complaint alleging false advertising under the Lanham Act. See ECF 1.

- The Court extend the deadline for defendants Bomaker and Goodee to answer or otherwise respond to the complaint to January 18, 2021.

- Counsel for Epson, Bomaker, and Goodee have been discussing settlement and need additional time to determine whether an early resolution of this case may be reached through mutual agreement.

- The above parties agree that an additional fourteen (14) days will assist in their settlement discussions.

308715871 v1

WHEREFORE, for these reasons, Epson respectfully requests that the Court extend the deadline for defendant Bomaker and defendant Goodee to answer or otherwise respond to the complaint, up to and including February 1, 2021, and for whatever other relief the Court deems just and equitable.

| | |
|---|---|
| Boston, Massachusetts<br>Dated:  January 15, 2021 | /s/ *Morgan T. Nickerson*<br>Morgan T. Nickerson (BBO #667290)<br>morgan.nickerson@klgates.com<br>K&L Gates LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>(617) 261-3100<br>(617) 261-3175<br><br>ATTORNEY FOR PLAINTIFF EPSON AMERICA, INC. |

## CERTIFICATE OF SERVICE

I, Morgan T. Nickerson, hereby certify that this document filed through the ECF system will be sent via email to counsel for Bomaker and Goodee.

| | |
|---|---|
| Dated: January 15, 2021 | */s/ Morgan T. Nickerson*<br>Morgan T. Nickerson |