UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 20-CV-12102-RWZ

EPSON AMERICA, INC.

v.

GOODEE et al.

ORDER

August 18, 2021

ZOBEL, S.D.J.

In light of the impending mediation conference and defendant Goodee's stated willingness to produce documents, plaintiff's motion to compel (Docket # 48) is DENIED without prejudice to renewal. The court anticipates that counsel will assist each other to gather the materials each requires for the mediation.

August 18, 2021
DATE

/s/ Rya W. Zobel
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE